IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER LEWIS TUCKER, )
)
Petitioner, )
)
v. ) 1:17CV627
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

On September 25, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [ECF No. 8] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [ECF No. 6], which is affirmed and adopted. For the same reasons set out in the Recommendation, Petitioner's subsequent Motions [ECF No. 9], will likewise be dismissed without prejudice to Petitioner filing his claims as appropriate in his pending criminal prosecution (Case No. 1:17CR221).

IT IS THEREFORE ORDERED that Petitioner's Motions [ECF Nos. 3, 4, and 9] are DENIED and this action is DISMISSED *sua sponte* without prejudice to Petitioner filing his claims as appropriate in his pending criminal case, and that, finding no substantial issue for appeal concerning the denial of a constitutional right, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 13th day of November, 2017.

/s/ Loretta C. Biggs
United States District Judge